IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW REI,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. CV 06-684-PK

OPINION & ORDER

**MOSMAN, J.,**

     On March 19, 2007, Magistrate Judge Papak issued Findings and Recommendation

("F&R") (#17) in the above-captioned case recommending the Commissioner's decision finding

Mr. Rei not disabled be affirmed.  Mr. Rei filed objections.

     The magistrate judge makes only recommendations to the court, to which any party may

PAGE 1 - OPINION & ORDER

file written objections.  The district court is not bound by the recommendations of the magistrate

judge, but retains responsibility for making the final determination.  Where objections have been

made, I conduct a *de novo* review.  28 U.S.C. § 636(b)(1)(C).  However, I am not required to

review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate

judge to which no objections are made.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United

States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

      After reviewing the F&R, Mr. Rei's objections, and other relevant materials, I agree with

Judge Papak's recommendation, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.


DATED this  17th  day of May, 2007.


                    /s/ Michael W. Mosman

                    MICHAEL W. MOSMAN
                    United States District Judge